IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| NAFESE KELLY-SIZER | : | VIOLATION: 18 U.S.C. § 922(g)(1) (possession of ammunition by a felon – 1 count) |
| | : | |
| | : | Notice of forfeiture |

**INDICTMENT**

**COUNT ONE**

**THE GRAND JURY CHARGES THAT:**

On or about December 27, 2019, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**NAFESE KELLY-SIZER,**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, that is, 35 rounds of .40 caliber Smith & Wesson cartridges, and the ammunition was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

1

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violation of Title 18, United States Code, Section 922(g)(1), set forth in this indictment, defendant

**NAFESE KELLY-SIZER**

shall forfeit to the United States of America all firearms and ammunition involved in the commission of such violation(s), including, but not limited to:

a. a Polymer 80, model PF940C pistol, caliber 40 S&W, no serial number; and

b. Thirty-five live rounds of .40 caliber Smith &Wesson ammunition.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

A TRUE BILL:

███████████████████
FOREPERSON

/s/ WILLIAM M. McSWAIN
**WILLIAM M. McSWAIN**
**United States Attorney**

No. _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

**NAFESE KELLY-SIZER**

INDICTMENT

Counts

18 U.S.C. § 922(g)(1) (possession of ammunition by a felon – 1 count)
Notice of forfeiture

A true bill

Filed in open court this _____ day,

Of _____ A.D. 20_____

_____
Clerk

Bail, $_____