# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> *v.* <br><br> **NAFESE KELLY-SIZER.** | **CRIMINAL ACTION** <br><br> **NO. 20-297-KSM** |

## ORDER

**AND NOW**, this 6th day of April, 2021, upon consideration of Defendant Nafese Kelly-Sizer's Motion to Suppress Evidence and Statements (Doc. No. 14), the Government's response (Doc. No. 19), and the evidence presented and argument given during the March 10, 2021 evidentiary hearing, and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Defendant's motion is **DENIED**.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.